# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| JIMMIE LEWIS | CIVIL ACTION |
|---|---|
| VERSUS | NO. 19-13629 |
| DARRYL VANNOY | SECTION: "T"(1) |

## O R D E R

The Court has considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation filed by Jimmie Lewis (R. Doc. 13). The Court finds the Objection, which merely asserts that the Magistrate Judge either misapplied Supreme Court precedent or incorrectly found no constitutional violation, is without merit and must be overruled. The Court thus approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Jimmie Lewis is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 30th day of June, 2021.

_____
**UNITED STATES DISTRICT JUDGE**